# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN ROBERT MORRISON,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:17-cv-00632-JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 13) |

Defendant seeks an extension of sixty days to file a response to Plaintiff's opening brief. (Doc. 13) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties, and good cause is required for any further extension. (Doc. 5-1 at 4) Based upon the information provided and good cause appearing, the Court **ORDERS:**

    1.    The request for an extension of time (Doc. 13) is **GRANTED**; and

    2.    The Commissioner **SHALL** a responsive brief no later than **April 9, 2018**.

IT IS SO ORDERED.

    Dated:  **January 22, 2018**                  **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE