**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYAN ROBERT MORRISON,<br><br>        Plaintiff,<br><br>      v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:17-cv-0632 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On November 17, 2018, Bryan Robert Morrison and Nancy A. Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 21)

Accordingly, the Court **ORDERS**:  Subject to the terms of the parties' stipulation, fees and expenses in the amount of $4,300.00 are **AWARDED** to Plaintiff, Bryan Robert Morrison.

IT IS SO ORDERED.

Dated:   **November 20, 2018**         **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE